# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02406-SBP

JOANNA FLEMONS,

    Plaintiff,

v.

HOMELAND SECURITY,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 14, 2023, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado November 14, 2023.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk